# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 5/28/2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 4:25:47 PM

CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

TO:        14TH  COURT OF APPEALS

From:      **Deputy Clerk: PHYLLIS WASHINGTON**
           **Chris Daniel, District Clerk**
           **Harris County, T E X A S**

**CAUSE:**   2013-64802

**VOLUME** _____   **PAGE** _____   **OR**   **IMAGE #** 65278240

**DUE**  6/26/2015                  **ATTORNEY** 09019000

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:**    4/27/2015

**MOTION FOR NEW TRIAL DATE FILED**   NONE

**REQUEST TRANSCRIPT DATE FILED**    5/26/2015

**NOTICE OF APPEAL DATE FILED**    5/26/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:  YES** ☐  **NO** ☐  **IMAGED FILED:  YES** ☐  **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, O

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
        **PHYLLIS WASHINGTON , Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**) |
| **NA** | **AMENDED NOTICE OF APPEAL** |

## CAUSE NO. 2013-64802

| | | |
|---|---|---|
| ROTHCHILD FAMILY PARTNERSHIP #2, LTD. *Plaintiff,* | § § § § § § | IN THE DISTRICT COURT |
| | § | OF HARRIS COUNTY, TEXAS |
| v. (1) WESTCHASE SIGNATURE CLEANERS, INC., a/k/a WESTCHASE SIGNATURE, INC., Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS; (2) PERCY MCADOO, Individually and d/b/a WESTCHASE CLEANERS, and d/b/a WESTCHASE SIGNATURE CLEANERS; (3) JAMES R. SOYARS, Individually and d/b/a WESTCHASE CLEANERS, and d/b/a WESTCHASE SIGNATURE CLEANERS, and, (4) BURNELL THOMAS a/k/a BURNELL ONEAL THOMAS, Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS. *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § | 270ᵀᴴ JUDICIAL DISTRICT COURT |

### NOTICE OF APPEAL

To the Honorable Judge Brent Gamble:

1.      Defendant JAMES R. SOYARS, ("Soyars"), files this Notice of Appeal appealing the Final Judgment signed by this Court on April 27, 2015, (Exhibit 1).

2.      Defendant Soyars appeals to either the First or Fourteenth Court of Appeals for the State of Texas.

3.      Defendant Soyars is the party affected by the Court's judgment signed April 27, 2015.

Dated: May 26, 2015.

Respectfully submitted,

WILLIAM F. HARMEYER & ASSOCIATES, P.C.

/s/William F. Harmeyer
William F. Harmeyer
State Bar No. 09019000
7322 Southwest Freeway, Suite 475
Houston, Texas 77074
Telephone: (713) 270-5552
Facsimile: (713) 270-7128
Email: wharmeyer@harmeyerlaw.com
Attorney for Defendant,
JAMES R. SOYARS.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 26th day of May, 2015.

John W. Bowdich
THE WILLIS LAW GROUP
10440 N. Central Expressway, Suite 520
Dallas, Texas 75231
*Attorney for Plaintiff,*
*Rothchild Family Partnership #2, Ltd.*
*Via FileTime Electronic Service*

/s/William F. Harmeyer
William F. Harmeyer

4/17/2015 3:07:06 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 4937839
By: PRINCE, SASHAGAYE S
Filed: 4/17/2015 3:07:06 PM



CAUSE NO. 2013-64802

| | | |
|---|---|---|
| ROTHCHILD FAMILY PARTNERSHIP #2, LTD., *Plaintiff*, | § § § § | IN THE DISTRICT COURT |
| v. | § § § | |
| (1) WESTCHASE SIGNATURE CLEANERS, INC. a/k/a WESTCHASE SIGNATURE, INC., Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS; (2) PERCY MCADOO, Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS; (3) JAMES R. SOYARS, Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS, and, (4) BURNELL THOMAS a/k/a BURNELL ONEAL THOMAS, Individually and d/b/a WESTCHASE CLEANERS and d/b/a WESTCHASE SIGNATURE CLEANERS, *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § | HARRIS COUNTY, TEXAS

270TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

On March 23, 2015, the Court called the above-entitled and numbered cause for trial before the Judge, with Plaintiff Rothchild Family Partnership #2, Ltd. ("Plaintiff" or "Rothchild") and Defendant James R. Syoars Individually and d/b/a Westchase Cleaners and d/b/a Westchase Signature Cleaners ("Defendant Soyars") each appearing by and through their respective counsel, each announcing ready, and each waiving their right to a trial by jury. Defendant Percy McAdoo, Individually and d/b/a Westchase Cleaners and d/b/a Westchase Signature Cleaners ("Defendant McAdoo") although duly served, never made an appearance and wholly defaulted.

The Court determined it had jurisdiction over the subject matter and the parties to this proceeding. Based on the evidence admitted, competent testimony of the witnesses, the parties'

FINAL JUDGMENT                                                         PAGE 1 OF 4

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Pre-Trial Statements, the pleadings and papers on file, and the arguments of counsel, the Court makes the following orders:

1.      Plaintiff shall take nothing on its claims against Defendant Soyars and Plaintiff's claims against Defendant Soyars are dismissed with prejudice.

2.      Defendant Soyars shall take nothing on his claims against Plaintiff and Defendant Soyars' claims against Plaintiff are dismissed with prejudice.

3.      Plaintiff prevails on its breach of contract claim against Defendant McAdoo and shall recover the following from Defendant McAdoo:

      (a)      Economic in the amount of $46,835.16;

      (b)      Attorneys' fees in the amount of $18,734.00 for prosecution of the contract claims in this case through this Judgment;

      (c)      Pre-judgment interest in the amount of $4,054.78 through April 15, 2015, plus $6.4158/day thereafter until this Judgment is signed; and

4.      Plaintiff shall also recover the following conditional awards of attorney's fees from Defendant McAdoo in the following circumstances:

      (a)      Two Thousand Five Hundred Dollars ($2,500.00) in the event Defendant McAdoo files a motion for new trial or any other motion in the trial court seeking to modify the Judgment that does not result in a new trial;

      (b)      Ten Thousand Dollars ($10,000.00) in the event Defendant McAdoo files a bill of review that does not result in a new trial;

      (c)      Ten Thousand Dollars ($10,000.00) in the event Defendant McAdoo files an appeal to the Court of Appeals that does not result in reversal of the judgment rendered herein;

      (d)      Two Thousand Five Hundred Dollars ($2,500.00) in the event Defendant McAdoo files a motion for rehearing or reconsideration in the Court of Appeals that does not result in a reversal of the judgment rendered herein;

      (e)      Five Thousand Dollars ($5,000.00) in the event Plaintiff makes or responds to Defendant McAdoo's petition for review to the Supreme Court of Texas, should same be filed;

(f) Ten Thousand Dollars ($10,000.00) in the event the Supreme Court of Texas accepts Defendant McAdoo's petition for review or appeal, but does not result in reversal of the judgment rendered herein;

(g) Two Thousand Five Hundred Dollars ($2,500.00) in the event Defendant McAdoo files a motion for rehearing or reconsideration in the Supreme Court of Texas that does not result in a reversal of the judgment rendered herein; and

(h) Two Thousand Five Hundred Dollars ($2,500.00) each time Plaintiff obtains a writ of execution, writ of garnishment, turnover order or receivership for collection of the judgment, in whole or in part.

The Court takes judicial notice that all of the attorneys' fees awarded herein are usual, reasonable and necessary.

IT IS FURTHER ORDERED that Plaintiff shall recover all of its court costs from Defendant McAdoo.

IT IS FURTHER ORDERED that Plaintiff shall have and recover post-judgment interest from McAdoo on all sums awarded herein of contractual five percent (5.0%) compounded annually from the date of judgment, set forth below, until paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. The Officer (including deputies) charged with obeying the command of any such writ or process may do so using any and all force necessary and by any means.

The Court intends to render a final judgment in this cause. Therefore, this judgment is now a final, appealable judgment.

So ORDERED and SIGNED on this 27 day of April, 2015 at Houston, Texas.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

By: _____
JOHN W. BOWDICH
State Bar No. 00796233
THE WILLIS LAW GROUP, PLLC
10440 N. Central Expwy., Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

ATTORNEYS FOR PLAINTIFF
ROTHCHILD FAMILY PARTNERSHIP #2, LTD.

By: _____
WILLIAM F. HARMEYER
State Bar No. 09019000
WILLIAM F. HARMEYER & ASSOCIATES, P.C.
7322 Southwest Freeway, Suite 475
Houston, TX 77074
(713) 270-5552 – Telephone
(713) 270-7128 – Telecopy
wharmeyer@harmeyerlaw.com – Email

ATTORNEY FOR DEFENDANT JAMES R. SOYARS

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    MAY 28, 2015(C1)
INT6510                 CIVIL CASE INTAKE              OPT: _____ - INT
                      GENERAL PARTY INQUIRY            PAGE:   1 -    1
CASE NUM: 201364802__ PJN> __  TRANS NUM: _____ CURRENT COURT: 270 PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: ROTHCHILD FAMILY PARTNERSHIP #2 L VS WESTCHASE SIGNATURE CLEANERS INC
===========================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME           PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00004-0002 XPL 09019000 SOYARS, JAMES R (INDIVIDUALLY    HARMEYER, WIL
_     00001-0002 XDF           ROTHCHILD FAMILY PARTNERSHIP #
_     00006-0001 AGT           WESTCHASE SIGNATURE CLEANERS I
_     00005-0001 DEF           THOMAS, BURNELL (A/K/A BURNELL
_     00004-0001 DEF 09019000 SOYARS, JAMES R (INDIVIDUALLY    HARMEYER, WIL
_     00003-0001 DEF           MCADOO, PERCY (INDIVIDUALLY D/  D
_     00002-0001 DEF           WESTCHASE SIGNATURE CLEANERS I  D
_     00001-0001 PLT 00796233 ROTHCHILD FAMILY PARTNERSHIP #    BOWDICH, JOHN

==> (8) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```